NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1338, -1369

PASS & SEYMOUR, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GENERAL PROTECHT GROUP, INC.,

Intervenor,

and

WENZHOU TRIMONE SCIENCE & TECHNOLOGY ELECTRIC CO., LTD.,

Intervenor,

and

SHANGHAI ELE MANUFACTURING CORPORATION,

Intervenor.

- - - - - - - - - - - - - - - - - - - - -

2009-1378, -1387

GENERAL PROTECHT GROUP, INC.,

Appellant,

and

WENZHOU TRIMONE SCIENCE & TECHNOLOGY ELECTRIC CO., LTD.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-615.

ORDER

General Protecht Group, Wenzhou Trimone Science & Technology Electric Company, Ltd., and Shanghai ELE Manufacturing Corporation move for leave to intervene in 2009-1338, -1369. The court considers whether a special briefing schedule should issue.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for leave to intervene are granted. The revised official caption in 2009-1338, -1369 is reflected above. The clerk is authorized to grant future unopposed requests for leave to intervene in these cases.

(2) The above-captioned appeals will be treated as companion cases for purposes of oral argument.

(3) The briefing schedules for the two sets of appeals are set forth below. To the extent possible, the parties are encouraged to file joint briefs.

(a) Pass & Seymour, Inc.'s opening brief in 2009-1338, -1369, not to exceed 14,000 words, is due within 60 days of the date of service of the certified list in that case.

(b) The briefs of the International Trade Commission and any intervenors in 2009-1338, -1369, not to exceed 14,000 words, are due within 40 days of the date of filing of Pass & Seymour's opening brief.

2009-1338, -1369, -1378, -1387          - 2 -

(c) Pass & Seymour's reply brief in 2009-1338, -1369, not to exceed 7,000 words, is due within 14 days of the date of filing of the International Trade Commission's brief.

(d) The appellants' opening briefs in 2009-1378, -1387 may not exceed 14,000 words and are due within 60 days of filing of the certified list in 2009-1378, -1387.

(e) The International Trade Commission's responsive brief in 2009-1378, -1387 may not exceed 14,000 words and is due within 40 days of service of the last-filed appellant's brief in 2009-1378, -1387. Any intervenor's brief in 2009-1378, -1387 is due when the International Trade Commission's brief is due and may not exceed 14,000 words.

(f) The appellants' reply briefs in 2009-1378, -1387 may not exceed 7,000 words and are due within 14 days of service of Pass & Seymour's responsive brief.

(g) Pass & Seymour shall file a combined joint appendix for both sets of cases. The combined joint appendix is due within 14 days of service of the last filed reply brief in 2009-1378, -1387.

(4) Any future appeals by respondents in this International Trade Commission investigation shall be consolidated with 2009-1378, -1387 and those appellants' briefs shall be due within the times listed above for the appellants in 2009-1378, -1387. A copy of this order shall be provided to any appellant filing an appeal in this case after the date of filing of this order.

FOR THE COURT

JUN 16 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 16 2009

JAN HORBALY
CLERK

2009-1338, -1369, -1378, -1387      - 3 -

cc:     Mark J. Abate, Esq.
        Paul M. Bartkowski, Esq.
        Tony D. Chen, Esq.
        Ann G. Fort, Esq.
        Lei Mei, Esq.

s8